

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2018

No. 04-17-00198-CR

The **STATE** of Texas,
Appellant

v.

Primo **TARIN**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 500563
Honorable John Longoria, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

On May 2, 2018, we issued an opinion in this appeal where we concluded that the trial court's findings did not include essential facts necessary to resolve the legal questions raised on appeal. Therefore, we abated the appeal and remanded the cause to the trial court so that the trial court could execute more specific findings of fact and conclusions of law. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law has now been filed. We therefore REINSTATE this appeal on the docket of the court. It is ORDERED that this appeal is set for on briefs submission on July 23, 2018 before a panel consisting of Justices Angelini, Martinez, and Alvarez.

It is so **ORDERED** on July 2, 2018

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court